Curt H. Feig, WSBA #19890
Matthew Erickson, WSBA #43790
cfeig@nicollblack.com
merickson@nicollblack.com
Nicoll Black & Feig, PLLC
1325 Fourth Avenue, Suite 1650
Seattle, WA 98101
Tel: (206) 838-7555
Fax: (206) 838-7515

*Attorneys for Defendant American
Southern Home Insurance Company*

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOUTHERN HOME INSURANCE COMPANY, a foreign corporation, and IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation,<br><br>Defendants. | No.:  2:22-cv-00682-JHC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER** |

## **STIPULATION**

IT IS HEREBY stipulated by and between the parties, plaintiff Northwest Boring Company, Inc., defendant American Southern Home Insurance Company ("ASHIC"), and defendant Ironshore Specialty Insurance Company ("Ironshore"), by and through their respective counsel of record, that defendants ASHIC and Ironshore have until June 14, 2022 to file an answer or otherwise respond to plaintiff's Complaint (Dkt.1-1) in the above referenced matter.

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO ANSWER - 1
(2:22-cv-00682-JHC)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1

DATED this 25th day of May, 2022.

2

ASHBAUGH BEAL LLP

3

*\*\* per e-mail authority 5/25/22*

4

5

/s/ Richard T. Beal
Richard T. Beal, Jr., WSBA #9203

6

*Attorneys for Plaintiff*

7

BETTS, PATTERSON & MINES, P.S.

8

*\*\* per e-mail authority 5/25/22*

9

10

/s/ H. Matthew Munson
H. Matthew Munson, WSBA #32019

11

*Attorneys for Defendant Ironshore*
*Specialty Insurance Company*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NICOLL BLACK & FEIG PLLC


/s/ Curt H. Feig
/s/ Matthew Erickson
Curt H. Feig, WSBA #19890
Matthew Erickson, WSBA #43790
*Attorneys for Defendant American Southern*
*Home Insurance Company*

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO ANSWER - 2
(2:22-cv-00682-JHC)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

## <u>ORDER</u>

IT IS SO ORDERED.

DATED this 25th day of May, 2022.

_____
Honorable John H. Chun
United States District Judge

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

1

## CERTIFICATE OF SERVICE

2
3       I hereby certify that on the date set forth below, I electronically filed the foregoing

4  document with the Clerk of the Court using the CM/CF system which will send notification of

   such filing to all counsel of record in accordance with Fed. R. Civ. P. 5(d)(1)(B).

5       I declare under penalty of perjury that the foregoing is true and correct, and that this

6   declaration was executed on May 25, 2022, at Seattle, Washington.

7
8                                              */s/ Curt H. Feig*_____
                                               Curt H. Feig, WSBA #19890
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND [PROPOSED] ORDER
FOR EXTENSION OF TIME TO ANSWER - 4
(2:22-cv-00682-JHC)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515