IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SOUTHERN HOME INSURANCE COMPANY, a foreign corporation, and IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　　　Defendants. | No. 2:22-cv-00682-JHC<br><br>STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF NORTHWEST BORING COMPANY, INC. |

## I.　**STIPULATION**

Northwest Boring Company, Inc.; American Southern Home Insurance Company; and Ironshore Specialty Insurance Company hereby stipulate, pursuant to Western District of Washington Local Rule 83.2(b)(1), that Khalid Aziz of Ashbaugh Beal may withdraw as counsel for Northwest Boring Company, Inc., and that Todd C. Hayes and Thomas M. Williams of Harper│Hayes PLLC may substitute in as counsel for Northwest Boring

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR PLAINTIFF
NORTHWEST BORING COMPANY, INC. - 1

**CASE NO. 2:22-cv-00682-JHC**

Company, Inc.  Copies of all further papers and proceedings herein, except original process, shall be served upon counsel as follows:

>Todd C. Hayes
>Thomas M. Williams
>Harper | Hayes PLLC
>1200 Fifth Avenue, Suite 1208
>Seattle, WA  98101
>206-340-8010
>todd@harperhayes.com
>twilliams@harperhayes.com

DATED this 28th day of May 2024.

HARPER | HAYES PLLC

By: s/ *Todd C. Hayes*
>Todd C. Hayes, WSBA No. 26361
>s/ *Thomas M. Williams*
>Thomas M. Williams, WSBA No. 47654
>1200 Fifth Avenue, Suite 1208
>Seattle, WA 98101
>(206) 340-8010
>todd@harperhayes.com
>twilliams@harperhayes.com
>Attorneys for Plaintiff

ASHBAUGH BEAL

By: s/ *Khalid Aziz*
>Khalid Aziz, WSBA No. 57409
>920 Fifth Avenue, Suite 3400
>Seattle, WA 98104
>(206) 344-7493
>kaziz@ashbaughbeal.com
>Withdrawing Attorneys for Plaintiff

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF NORTHWEST BORING COMPANY, INC. - 2

**CASE NO. 2:22-cv-00682-JHC**

NICOLL BLACK & FEIG

By: s/ *Curt H. Feig*
    Curt H. Feig, WSBA No. 19890
    Matthew Erickson, WSBA 43790
    1325 Fourth Avenue, Suite 1650
    Seattle, WA 98101
    (206) 838-7555
    cfeig@nicollblack.com
    merickson@nicollblack.com
    Attorneys for American Southern Home Insurance Company


TROUTMAN PEPPER HAMILTON SANDERS LLP

By: s/ *Richard J. Pratt*
    Richard J. Pratt, Pro Hac Vice
    Daniel W. Cohen, Pro Hac Vice
    401 9th Street NW, Suite 1000
    Washington, D.C. 20004
    (202) 274-2950
    Richard.pratt@troutman.com
    Dan.cohen@troutman.com
    Attorneys for American Southern Home Insurance Company


SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP

By: s/ *Matthew Munson*
    Matthew Munson, WSBA No. 32019
    600 University Street, Suite 2305
    Seattle, WA 98101
    (206) 447-6461
    mmunson@selmanlaw.com
    Attorneys for Defendant Ironshore Specialty Insurance Company

STIPULATION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF NORTHWEST BORING COMPANY, INC. - 3

**CASE NO. 2:22-cv-00682-JHC**

COUGHLIN MIDLIGE & GARLAND

By: s/ *Robert W. Muilenburg*
    Robert W. Muilenburg, Pro Hac Vice
    Luciana P. Lalande, Pro Hac Vice
    Noah Wiesner, Pro Hac Vice
    PO Box 1917
    Moristown, NJ  07962
    (973) 267-0058
    rmuilenburg@cmg.law
    llalande@cmg.law
    nwiesner@cmg.law
    Attorneys for Defendant Ironshore Specialty Insurance Company

STIPULATION AND ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR PLAINTIFF
NORTHWEST BORING COMPANY, INC. - 4

**CASE NO. 2:22-cv-00682-JHC**

## II. ORDER

IT IS SO ORDERED.

DATED this 28th day of May, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE