IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| NORTHWEST BORING COMPANY, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SOUTHERN HOME INSURANCE COMPANY, a foreign corporation, and IRONSHORE SPECIALTY INSURANCE COMPANY, a foreign corporation,<br><br>　　　　　Defendants. | No. 2:22-cv-00682-JHC<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

　　　　The parties, plaintiff Northwest Boring Company, Inc. ("NWB"), defendant American Southern Home Insurance Company ("ASHIC"), and defendant Ironshore Specialty Insurance Company ("Ironshore"), by and through their respective counsel, move and hereby stipulate pursuant to F.R.C.P. 41(a)(1)(A)(ii), that (1) any and all remaining claims of plaintiff Northwest Boring Company, Inc. ("NWB") against defendant American Southern Home Insurance Company are withdrawn by NWB and shall be dismissed without prejudice from this action without costs, expenses or attorneys' fees to any party; and (2) ASHIC's

Counterclaim against NWB is withdrawn by ASHIC and shall be dismissed without prejudice from this action without costs, expenses or attorneys' fees to any party; and (3) ASHIC's Cross Claim against Ironshore shall be dismissed without prejudice from this action without costs, expenses or attorneys' fees to any party.

DATED this 1st day of July, 2024.

HARPER | HAYES PLLC

By: s/ *Todd C. Hayes*
    Todd C. Hayes, WSBA No. 26361
    Thomas M. Williams, WSBA No. 47654
    1200 Fifth Avenue, Suite 1208
    Seattle, WA 98101
    (206) 340-8010
    todd@harperhayes.com
    twilliams@harperhayes.com
    Attorneys for Plaintiff

NICOLL BLACK & FEIG

By: s/ *Curt H. Feig*
    Curt H. Feig, WSBA No. 19890
    Matthew Erickson, WSBA 43790
    1325 Fourth Avenue, Suite 1650
    Seattle, WA 98101
    (206) 838-7555
    cfeig@nicollblack.com
    merickson@nicollblack.com
    Attorneys for American Southern Home Insurance Company

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: s/ *Richard J. Pratt*
    Richard J. Pratt, Pro Hac Vice
    Daniel W. Cohen, Pro Hac Vice
    401 9th Street NW, Suite 1000
    Washington, D.C. 20004
    (202) 274-2950
    Richard.pratt@troutman.com
    Dan.cohen@troutman.com
    Attorneys for American Southern Home Insurance Company

STIPULATED MOTION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 2

CASE NO. 2:22-cv-00682-JHC

1
2    SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
3    By: s/ *Matthew Munson*
         Matthew Munson, WSBA No. 32019
4        600 University Street, Suite 2305
         Seattle, WA  98101
5        (206) 447-6461
         mmunson@selmanlaw.com
6        Attorneys for Defendant Ironshore Specialty Insurance Company
7
     COUGHLIN MIDLIGE & GARLAND
8
     By: s/ *Robert Muilenburg*
9        Robert W. Muilenburg, Pro Hac Vice
         Luciana P. Lalande, Pro Hac Vice
10       Noah Wiesner, Pro Hac Vice
         PO Box 1917
11       Moristown, NJ  07962
         (973) 267-0058
12       rmuilenburg@cmg.law
         llalande@cmg.law
13       nwiesner@cmg.law
         Attorneys for Defendant Ironshore Specialty Insurance Company
14
15
16
17
18
19
20
21
22
23

STIPULATED MOTION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 3

CASE NO. 2:22-cv-00682-JHC

1

**I.   ORDER**

2   IT IS SO ORDERED.

3   DATED this 1st day of July, 2024.

4

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATED MOTION AND ORDER OF DISMISSAL
WITHOUT PREJUDICE - 4

CASE NO. 2:22-cv-00682-JHC